**[J-51A-2024, J-51B-2024, J-51C-2024, J-51D-2024, J-51E-2024, J-51F-2024, J-51G-2024, J-51H-2024, J-51I-2024 and J-51J-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN THE INTEREST OF: E.D.A., III, A MINOR | : | No. 15 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.D.A., JR., FATHER | : | Superior Court at No. 683 MDA |
| | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans' Court, at No. 2022-0008a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: B.W., A MINOR | : | No. 16 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 687 MDA |
| | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans Court, at No. 2022-0007a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: A.B.A., A MINOR | : | No. 17 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 686 MDA |
| | : | 2022 dated December 14, 2023, |
| | : | Affirming the Decree of the York |
| | : | County Court of Common Pleas, |
| | : | Orphans' Court, at No. 2022-0019a |
| | : | dated April 20, 2022. |
| | : | |
| | : | ARGUED:  November 20, 2024 |

| | | |
|---|---|---|
| IN THE INTEREST OF: R.M.A., A MINOR | : | No. 18 MAP 2024 |
| | : | |
| | : | Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : | Superior Court at No. 685 MDA |

|  |  |
|---|---|
|  | : 2022 dated December 14, 2023, |
|  | : Affirming the Decree of the York |
|  | : County Court of Common Pleas, |
|  | : Orphans' Court, at No. 2022-0010a |
|  | : dated April 20, 2022. |
|  | : |
|  | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.J.A., A MINOR | : No. 19 MAP 2024 |
|  | : |
|  | : Appeal from the Order of the |
| APPEAL OF: E.A., JR., FATHER | : Superior Court at No. 684 MDA |
|  | : 2022 dated December 14, 2023, |
|  | : Affirming the Decree of the York |
|  | : County Court of Common Pleas, |
|  | : Orphans' Court, at No. 2022-0009a, |
|  | : dated April 20, 2022. |
|  | : |
|  | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.D.A., III, A MINOR | : No. 20 MAP 2024 |
|  | : |
|  | : Appeal from the Order of the |
|  | : Superior Court at No. 755 MDA |
| APPEAL OF: T.M.A., MOTHER | : 2022 dated December 14, 2023, |
|  | : Affirming the Decree of the York |
|  | : County Court of Common Pleas, |
|  | : Orphans' Court, at No. 2022-0008a |
|  | : dated April 20, 2022. |
|  | : |
|  | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: E.J.A., A MINOR | : No. 21 MAP 2024 |
|  | : |
|  | : Appeal from the Order of the |
| APPEAL OF: T.M.A., MOTHER | : Superior Court at No. 756 MDA |
|  | : 2022 dated December 14, 2023, |
|  | : Affirming the Decree of the York |
|  | : County Court of Common Pleas, |
|  | : Orphans' Court, at No. 2022-0009a |
|  | : dated April 20, 2022. |
|  | : |
|  | : ARGUED:  November 20, 2024 |
| IN THE INTEREST OF: R.M.A., A MINOR | : No. 22 MAP 2024 |
|  | : |

[J-51A-2024, J-51B-2024, J-51C-2024, J-51D-2024, J-51E-2024, J-51F-2024, J-51G-2024, J-51H-2024, J-51I-2024 and J-51J-2024] - 2

| | | |
|---|---|---|
| APPEAL OF: T.W.A., MOTHER | : | Appeal from the Order of the Superior Court at No. 757 MDA 2022 dated December 14, 2023, Affirming the Decree of the York County Court of Common Pleas, Orphans' Court, at No. 2022-0010a dated April 20, 2022. |
| | : | |
| | : | ARGUED: November 20, 2024 |
| IN THE INTEREST OF: A.B.A., A MINOR | : | No. 23 MAP 2024 |
| | : | |
| APPEAL OF: T.W.A., MOTHER | : | Appeal from the Order of the Superior Court at No. 758 MDA 2022 dated December 14, 2023, Affirming the Decree of the York County Court of Common Pleas, Orphans' Court, at No. 2022-0019a dated April 20, 2022. |
| | : | |
| | : | ARGUED: November 20, 2024 |
| IN THE INTEREST OF: B.W., A MINOR | : | No. 24 MAP 2024 |
| | : | |
| APPEAL OF: T.W.A., MOTHER | : | Appeal from the Order of the Superior Court at No. 759 MDA 2022 dated December 14, 2023, Affirming the Decree of the York County Court of Common Pleas, Orphans' Court, at No. 2022-0007a dated April 20, 2022. |
| | : | |
| | : | ARGUED: November 20, 2024 |

## ORDER

**PER CURIAM**                                   **DECIDED:  March 26, 2025**

AND NOW, this 26th day of March, 2025, the appeal is **DISMISSED** as having been improvidently granted.

Justice Donohue files a dissenting statement.

Justice McCaffery did not participate in the consideration or decision of this matter.